UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DAVID ABELLARD JR.,
an individual,

    Plaintiff,   Case No.: 19-cv-60099-BB

-v-   Jury Trial Demanded

WELLS FARGO BANK, N.A.,
a national association bank,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, David Abellard Jr., and Defendant, Wells Fargo Bank, N.A., by and through their undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action with prejudice.  By agreement, each side shall bear its own attorneys' fees and costs.

Dated: January 2, 2020

        Respectfully submitted,

        SWIFT LAW, P.A.

        /s/ *Aaron M. Swift*
        **Aaron M. Swift, Esq., FBN 0093088**
        **Lead Trial Counsel**
        10460 Roosevelt Blvd. N.
        Suite 313
        St. Petersburg, FL 33716
        Phone: (727) 490-9919
        Fax: (727) 255-5332
        aswift@swift-law.com
        *Counsel for Plaintiff*

SEVERSON & WERSON

/s/ *Courtney C. Wenrick*
**Courtney C. Wenrick, Esq., FBN 1014219**
19100 Von Karman Ave.
Suite 700
Irvine, CA 92612
Phone: (949) 442-7110
ccw@severson.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 2, 2020, I electronically filed and served a true and correct copy of the foregoing Joint Stipulation for Dismissal with Prejudice via CM/ECF which will send a copy and a notice of electronic fling to all counsel of record.


/s/ *Aaron M. Swift*
Counsel for Plaintiff